THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN HART, : | |
| : | |
|     Petitioner, : | |
| : | |
| v. : | Civil Action |
| : | No. 5:04-cv-210 (CAR) |
| VICTOR WALKER, : | |
| : | |
|     Respondent. : | |
| : | |
| _____ : | |

### ORDER ON PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is the Recommendation of the United States Magistrate Judge, recommending that the Court deny the petition of John Hart for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Magistrate Judge has undertaken a thorough review of the record of the proceedings in the trial court and convened an evidentiary hearing to examine Petitioner's claims of ineffective assistance of counsel and of entering a guilty plea unknowingly or unwillingly. Petitioner has not entered an objection to the Recommendation.

Upon review of the record of this case, the Court agrees with the conclusions of the United States Magistrate Judge. Accordingly, the Recommendation (Doc. 52) is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**. For the reasons set forth therein, the petition for writ of habeas corpus is **DENIED**.

It is SO ORDERED this 19th day of August, 2009.

                                            S/ C. Ashley Royal
                                            C. ASHLEY ROYAL, JUDGE
                                            UNITED STATES DISTRICT COURT

chw